UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

QUENTIN LA GRANDE,

                           Plaintiff,

   -v-                                    1:15-CV-275
                                           (DNH/CFH)

BIMBO BAKERIES USA, D.B.A. Freihofers;
and BAKERY, CONFECTIONERY, TOBACCO
WORKERS & GRAIN MILLERS INT'L, AFL-CIO
LOCAL 53,

                           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

QUENTIN LA GRANDE
Plaintiff, pro se
276 Sheridan Avenue
Albany, NY 12210

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff brought this action alleging job discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq. and the Civil Rights Act of 1991. On March 17, 2015, the Honorable Christian F. Hummel, United States Magistrate Judge, advised, by Report-Recommendation that plaintiff's complaint be dismissed for failure to state a claim but that plaintiff be afforded an opportunity to file an amended complaint within thirty days of the date of this Decision and Order. Plaintiff timely filed objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. §§ 1915, 1915A for failure to state a claim unless, by May 1, 2015, plaintiff files an amended complaint curing the deficiencies addressed in the Report-Recommendation;

2. Plaintiff is advised that any amended complaint will supersede his prior pleading in its entirety, and he is advised to include sufficient facts that would support his claim for entitlement to relief; and

3. The Clerk serve a copy of this Decision and Order on plaintiff.

IT IS SO ORDERED.

United States District Judge

Dated: April 1, 2015
      Utica, New York.